S05A1048. WINNER v. CRISP COUNTY.
S05A1049. 105 FLOYD ROAD, INC. v. CRISP COUNTY.
(620 SE2d 826)

HUNSTEIN, Presiding Justice.

In *105 Floyd Rd., Inc. v. Crisp County*, 279 Ga. 345 (613 SE2d 632) (2005), this Court held that the County's adult bookstore ordinance was unconstitutional and reversed the trial court's order enjoining 105 Floyd Road from operating its business in violation of the ordinance. It is well established that " ' "an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and in legal contemplation is as inoperative as if it had never been passed." ' " *Commrs. &c. of Fulton County v. Davis*, 213 Ga. 792, 794 (102 SE2d 180) (1958). While the appeal from the trial court's ruling on the ordinance was pending, the trial court held appellants, 105 Floyd Road, Inc. and its manager, in contempt for failing to abide by the injunction and they filed these appeals. "Because the injunction was invalid, appellants cannot be held in contempt for violating it." (Footnote omitted.) *Am. Med. Sec. v. Parker*, 279 Ga. 201, 204 (3) (612 SE2d 261) (2005). See also *Rockwood Intl. &c. v. Rader Cos.*, 255 Ga. App. 881, 883 (2) (567 SE2d 104) (2002) (party cannot be held in contempt for violating a void order). Accordingly, we reverse the judgments holding appellants in contempt.

*Judgments reversed. All the Justices concur.*

DECIDED OCTOBER 11, 2005 —
RECONSIDERATION DENIED NOVEMBER 7, 2005.

*Begner & Begner, Alan I. Begner, Cory G. Begner, Katherine K. Wood, Sirkin, Pinales & Schwartz, H. Louis Sirkin*, for appellants.
*Jenkins & Olson, Peter R. Olson, Brandon L. Bowen*, for appellee.